UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLAUDE,<br><br>    Plaintiff,<br><br>  v.<br><br>DEUTSCHE BANK, et al.,<br><br>    Defendants. | Case No. 23-cv-05429-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

  Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Richard Seeborg for consideration of whether the case is related to *Glaude v. Deutsche Bank Nat'l Trust Co.*, 3:20-cv-01252-RS.

  **IT IS SO ORDERED.**

Dated: December 20, 2023

                _____
                RITA F. LIN
                United States District Judge